IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| ADTECH SYSTEMS, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No.  05-0472<br>COMMUNICATION TECHNOLOGIES )<br>INCORPORATED, )<br>and )<br>GENERAL DYNAMICS CORPORATION, )<br>)<br>Defendants. )  | |

### ORDER

This matter comes before the Court on Plaintiff's Request for Extension of Time in Which to Respond to Motions to Dismiss. It is hereby

ORDERED that Plaintiff's Request for Extension of Time in Which to Respond to Motions to Dismiss is GRANTED and the case is STAYED for sixty days.

                                                       /s/
                                          _____
                                          CLAUDE M. HILTON
                                          UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 16, 2005